UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JENNIFER E. RUOTOLO, REBECCA BARTON, JOHAN TAPIA AND TIMOTHY BARTHOLOMEW, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TWIN RIVER WORLDWIDE HOLDINGS, INC. n/k/a BALLY'S CORP., UTGR, INC. d/b/a TWIN RIVER LINCOLN CASINO RESORT and TWIN RIVER – TIVERTON, LLC d/b/a BALLY'S TIVERTON,<br><br>    Defendants. | Case No. 1:20-cv-00530-WES-PAS<br><br>[Consolidated Case] |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs hereby move the Court for final approval of this class action as reflected in Settlement (the "Settlement Agreement") – a true and correct copy of which has been previously filed and preliminarily approved by the Court.

In support of this Motion, Plaintiffs rely upon the Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed contemporaneously herewith. Defendants' counsel has informed Plaintiffs' counsel that Defendants do not oppose this Motion.

Dated:  April 3, 2023                                Respectfully submitted,

                    **FORMISANO AND COMPANY**
                    V. Edward Formisano (#5512)
                    100 Midway Place, Suite 1
                    Cranston, RI 02920
                    Telephone:     (401) 400-4402
                    Facsimile:       (401) 944-9695
                    edf@formisanoandcompany.com

                    **STUEVE SIEGEL HANSON LLP**
                    George A. Hanson, MO Bar #43450, *pro hac vice*
                    Alexander T. Ricke, MO Bar #65132, *pro hac vice*
                    460 Nichols Road, Suite 200
                    Kansas City, Missouri 64112
                    Telephone:     (816) 714-7100
                    Facsimile:       (816) 714-7101
                    hanson@stuevesiegel.com
                    ricke@stuevesiegel.com

                    **McCLELLAND LAW FIRM**
                    *A Professional Corporation*
                    Ryan L. McClelland, MO Bar #59343, *pro hac vice*
                    Michael J. Rahmberg, MO Bar #66979, *pro hac vice*
                    The Flagship Building
                    200 Westwoods Drive
                    Liberty, Missouri   64068-1170
                    Telephone:     (816) 781-0002
                    Facsimile:       (816) 781-1984
                    ryan@mcclellandlawfirm.com
                    mrahmberg@mcclellandlawfirm.com

                    By:     ***/s/ Nancy Sheinberg***
                    **MULLER LAW, LLC**
                    Chip Muller (#7686)
                    Nancy Sheinberg (#7660)
                    47 Wood Ave.
                    Barrington, RI 02806
                    (401) 256-5171
                    chip@mullerlaw.com
                    nancy@mullerlaw.com

**STEFFANS LEGAL PLLC**
Benjamin Knox Steffans, *pro hac vice*
10 Wendell Ave. Ext. No. 208
Pittsfield, MA 01201
(413) 418-4176
bsteffans@steffanslegal.com

**CONNOR & MORNEAU LLP**
Jeffrey S. Morneau, *pro hac vice*
273 State Street, 2nd Floor
Springfield, MA 01103
(413) 455-1740
jmorneau@cmolawyers.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

By:   */s/ Nancy Sheinberg*